PROB. 12B
(7/93)

**ORIGINAL**

# United States District Court

for the

### DISTRICT OF HAWAII

APR 2 0 2007

at 3 o'clock and 05 min P m
SUE BEITIA, CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: SHANE TROFKA          Case Number: CR 03-00367DAE-06

Name of Sentencing Judicial Officer:   The Honorable David Alan Ezra
                                       U.S. District Judge

Date of Original Sentence: 10/1/2004

Original Offense:   Possession With Intent to Distribute 500 Grams or More of Cocaine, in violation of 21 U.S.C. § 841(a)(1), a Class B felony

Original Sentence:   Sixty (60) months imprisonment followed by eight (8) years of supervised release with the following special conditions: 1) That the defendant participate in a substance abuse program, which shall include drug testing for the first 5 years of supervised release; 2) That the defendant provide the Probation Office access to any requested financial information; and 3) That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Type of Supervision:  Supervised Release    Date Supervision Commenced:  1/12/2007

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

*General Condition:*   *That the defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision (mandatory condition).*

Prob 12B
(7/93)

2

# CAUSE

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. General Condition and Standard Condition No. 7 | On 4/9/2007, the subject submitted a urine specimen that tested positive for methamphetamine. |

Since the commencement of supervised release on 1/12/2007, the subject has maintained a positive attitude towards supervision and has not posed any management problems. However, the subject recently admitted to this officer that he relapsed when he used methamphetamine with a female acquaintance on 4/7/2007. Subsequently, he submitted a urine specimen at the Probation Office on 4/9/2007 that tested presumptive positive for methamphetamine. On 4/18/2007, we received laboratory confirmation that the specimen was positive for methamphetamine.

The subject was honest and remorseful about his relapse. He stated that his use of "ice" was an isolated incident and promised that it would not happen again. After conferring with the subject's substance abuse counselor, the subject's relapse appears to be an aberration. Nonetheless, he was verbally admonished and warned that additional violations may have greater consequences including the initiation of revocation proceedings.

In light of the *United States v. Stephens* ruling, the subject has agreed to modify his conditions of supervised release to allow continued drug testing throughout the term of supervision. The modification is warranted when considering the subject's relapse, and extensive substance abuse and criminal history. The revised condition will assist our office in monitoring the subject's compliance.

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives his right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of supervised release. The

Prob 12B
(7/93)

3

subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections.

                                      Respectfully submitted by,

                                      JONATHAN K. SKEDELESKI
                                      U.S. Probation Officer

Approved by:

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date: 4/19/2007

Prob 12B
(7/93)

4

## THE COURT ORDERS:

[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
DAVID ALAN EZRA
U.S. District Judge

4-19-07
_____
Date



PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]   To modify the conditions of supervision as follows:

    *General Condition*   *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision (mandatory condition).*

Witness: _____   Signed: _____
JONATHAN K. SKEDELESKI                           SHANE TROFKA
U.S. Probation Officer                                      Supervised Releasee

4/9/07
Date